No. 87–1589. PITTSBURGH & LAKE ERIE RAILROAD CO. *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL.; and

No. 87–1888. PITTSBURGH & LAKE ERIE RAILROAD CO. *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL. C. A. 3d Cir. Certiorari granted, cases consolidated, and a total of one hour and thirty minutes allotted for oral argument.

No. 87–2086. BOONE ET AL. *v.* REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–7273. VEST *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 88–7. WEST PENN POWER CO. *v.* ENGLE ET AL., TDBA ENGLE'S HOLIDAY HARBOR. Super. Ct. Pa. Certiorari denied.

No. 88–16. STEPHENS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–47. CAMPBELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–95. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–217. INTERSTATE COMMERCE COMMISSION *v.* PITTSBURGH & LAKE ERIE RAILROAD CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–239. EAGLE-PICHER INDUSTRIES, INC. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–342. SUNSHINE HEALTH SYSTEMS, INC. *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.